## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN  DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| **v.** | ]  **CR-09-BE-0111-NW** |
| | ] |
| **ERIC  BRANDON  BUSH,** | ] |
| | ] |
| **Defendant.** | ] |

## ORDER

This matter comes before the court on the Report and Recommendation (doc. 35) and the Defendant's Objection to Magistrate Judge's Report and Recommendation and Appeal to the District Court Regarding Defendant's Motion to Dismiss as Amended (doc. 37), to which the Government responded (doc. 42).  The court conducted a *de novo* review of all submissions on this issue, read a draft transcript of the hearing held June 4, 2009, and reviewed the applicable law.  The court also notes that the Government filed a Superseding Indictment on July 1, 2009, which clarifies some of the issues raised by the Defendant.

The court ADOPTS the Report and Recommendation, OVERRULES the Defendant's objections, and DENIES the amended motion to dismiss the indictment (docs. 16, 30).

DONE and ORDERED this 13th day of July 2009.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE