IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | CR-09-BE-0111-NW |
| ] | |
| **ERIC BRANDON BUSH,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER

This matter is before the court on the Report and Recommendation on Defense Motions to Suppress (doc. 36) and the Defendant's Objection to Magistrate Judge's Report and Recommendation and Appeal to the District Court Regarding Defendant's Motion to Suppress as amended (doc. 41). The court has conducted a *de novo* review of all the submissions on this issue and reviewed the applicable law. The court specifically finds that a hearing on this motion is unnecessary for the reasons stated in the Report. The court ADOPTS the Report and Recommendation, overrules the Defendant's objections, and DENIES the motion to suppress and amendment to motion to suppress (docs. 15 and 27).

DONE and ORDERED this 13th day of July 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE